IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES in EXHIBIT A |

### ORDER

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 22nd day of May, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A[4]

4:04-cv-01479-BRW   Winston, et al v. Wyeth Inc, et al
4:04-cv-01713-BRW   Partin, et al v. Wyeth Inc, et al
4:04-cv-01731-BRW   Richmond v. Wyeth Inc, et al
4:04-cv-01734-BRW   Hollander v. Wyeth Inc, et al
4:04-cv-01814-BRW   Messer, et al v. Wyeth Inc, et al

4:04-cv-01824-BRW   Halopoff v. Wyeth Inc, et al
4:04-cv-01829-BRW   Willing v. Wyeth Inc, et al
4:04-cv-01853-BRW   Northcutt v. Wyeth Inc, et al
4:04-cv-01911-BRW   Hinchcliffe v. Wyeth Inc, et al
4:04-cv-01955-BRW   Fluker, et al v. Wyeth Inc, et al

4:04-cv-01958-BRW   Seabolt v. Wyeth Inc, et al
4:05-cv-00967-BRW   Sah et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00972-BRW   Bossi et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01153-BRW   McLellan et al v. Wyeth Inc et al
4:05-cv-01156-BRW   Davis v. Wyeth Inc et al

4:05-cv-01159-BRW   Harrigan v. Wyeth Inc et al
4:05-cv-01424-BRW   Alkire et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01486-BRW   Henry v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01488-BRW   Zexter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01679-BRW   Hutchinson et al v. Wyeth et al

4:05-cv-01797-BRW   Cox et al v. Wyeth et al
4:06-cv-00080-BRW   Dressel v. Wyeth et al
4:06-cv-00124-BRW   Crawford v. Wyeth Inc et al
4:06-cv-00163-BRW   Powers v. Wyeth et al
4:06-cv-00183-BRW   Harper et al v. Wyeth et al

4:06-cv-00426-BRW   Williams v. Wyeth Inc et al
4:06-cv-00530-BRW   Salkin v. Wyeth Inc et al
4:06-cv-00554-BRW   Reinhart v. Wyeth Inc et al
4:06-cv-00565-BRW   Lopez et al v. Wyeth et al
4:06-cv-00588-BRW   Childress v. Wyeth Inc et al

4:06-cv-00593-BRW   Stone v. Wyeth Inc et al
4:06-cv-00597-BRW   Cotton v. Wyeth Inc et al
4:06-cv-00598-BRW   Brink v. Wyeth Inc et al
4:06-cv-00687-BRW   Nichols v. Wyeth et al
4:06-cv-00870-BRW   Jaggie v. Wyeth et al

---

[4]The 2010 cases originally were filed in 2004, but were severed from the earlier filed cases.

| | |
|---|---|
| 4:06-cv-00884-BRW | Watts v. Wyeth et al |
| 4:06-cv-00893-BRW | Williams v. Wyeth et al |
| 4:06-cv-00900-BRW | Hare v. Wyeth et al |
| 4:06-cv-01091-BRW | Merkel v. Wyeth et al |
| 4:06-cv-01170-BRW | Decker v. Wyeth et al |
| | |
| 4:06-cv-01177-BRW | Mitchell v. Wyeth et al |
| 4:06-cv-01215-BRW | Johnston et al v. Wyeth et al |
| 4:06-cv-01256-BRW | Webb v. Wyeth et al |
| 4:06-cv-01306-BRW | Wicht v. Wyeth et al |
| 4:06-cv-01307-BRW | Parker v. Wyeth et al |
| | |
| 4:06-cv-01308-BRW | Tolleson v. Wyeth et al |
| 4:06-cv-01309-BRW | Jarvis v. Wyeth et al |
| 4:06-cv-01310-BRW | Williams v. Wyeth et al |
| 4:06-cv-01311-BRW | Durham v. Wyeth et al |
| 4:06-cv-01312-BRW | Downes v. Wyeth et al |
| | |
| 4:06-cv-01332-BRW | Meyer v. Wyeth et al |
| 4:06-cv-01333-BRW | Williams v. Wyeth et al |
| 4:06-cv-01341-BRW | Lester v. Wyeth et al |
| 4:06-cv-01342-BRW | Beane v. Wyeth et al |
| 4:06-cv-01349-BRW | Klein v. Wyeth et al |
| | |
| 4:06-cv-01379-BRW | Gist v. Wyeth et al |
| 4:06-cv-01386-BRW | Woody v. Wyeth et al |
| 4:06-cv-01388-BRW | Sgroe v. Wyeth et al |
| 4:06-cv-01390-BRW | Fish v. Wyeth Inc et al |
| 4:06-cv-01394-BRW | Knight v. Wyeth et al |
| | |
| 4:06-cv-01397-BRW | Green v. Wyeth et al |
| 4:06-cv-01402-BRW | Wilson v. Wyeth et al |
| 4:06-cv-01423-BRW | Staton v. Wyeth et al |
| 4:06-cv-01428-BRW | Stewart v. Wyeth et al |
| 4:06-cv-01435-BRW | Bond v. Wyeth et al |
| | |
| 4:06-cv-01437-BRW | Growden v. Wyeth et al |
| 4:06-cv-01441-BRW | Kirkland v. Wyeth et al |
| 4:06-cv-01444-BRW | Johnson v. Wyeth et al |
| 4:06-cv-01445-BRW | Middleton v. Wyeth et al |
| 4:06-cv-01446-BRW | Anderson v. Wyeth et al |
| | |
| 4:06-cv-01447-BRW | Vanatta v. Wyeth et al |
| 4:06-cv-01449-BRW | Pacheco v. Wyeth et al |
| 4:06-cv-01451-BRW | Totaro v. Wyeth et al |
| 4:06-cv-01456-BRW | D'Agostino v. Wyeth et al |
| 4:06-cv-01457-BRW | Straessle v. Wyeth et al |

```
4:06-cv-01459-BRW   Huff v. Wyeth et al
4:06-cv-01476-BRW   Thomas v. Wyeth et al
4:06-cv-01477-BRW   Marino v. Wyeth et al
4:06-cv-01478-BRW   Frazier v. Wyeth et al
4:06-cv-01479-BRW   Cameron v. Wyeth et al

4:06-cv-01522-BRW   Bliss v. Wyeth et al
4:06-cv-01548-BRW   Lyles v. Wyeth et al
4:06-cv-01567-BRW   Ward v. Wyeth et al
4:06-cv-01568-BRW   Person v. Wyeth et al
4:06-cv-01569-BRW   Paradise v. Wyeth et al

4:06-cv-01575-BRW   Edge v. Wyeth et al
4:06-cv-01593-BRW   Dunn v. Wyeth et al
4:06-cv-01649-BRW   Ferretti v. Wyeth et al
4:06-cv-01663-BRW   Riese v. Wyeth Inc et al
4:06-cv-01667-BRW   Fishback et al v. Wyeth Inc et al

4:06-cv-01677-BRW   Hipkins v. Wyeth et al
4:06-cv-01692-BRW   Bechtel v. Wyeth et al
4:06-cv-01694-BRW   Miller v. Wyeth et al
4:07-cv-00134-BRW   Moses v. Wyeth et al
4:07-cv-00218-BRW   Sams v. Wyeth et al

4:07-cv-00297-BRW   Crowley v. Wyeth et al
4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00622-BRW   Harvill et al v. Wyeth et al
4:07-cv-00729-BRW   Watson v. Wyeth Inc et al
4:07-cv-01131-BRW   Acevedo et al v. Wyeth et al

4:07-cv-01143-BRW   Gordon v. Wyeth et al
4:07-cv-01209-BRW   Gostonczik et al v. Wyeth Inc et al
4:08-cv-00033-BRW   Chaffee et al v. Wyeth Inc et al
4:08-cv-00034-BRW   Coreschi et al v. Wyeth et al
4:08-cv-00041-BRW   Kirkland v. Bristol Myers Squibb Company

4:08-cv-00123-BRW   Waldo v. Wyeth et al
4:08-cv-00147-BRW   Kleven et al v. Wyeth Inc et al
4:08-cv-00530-BRW   Evenstad-Roseland v. Wyeth Inc et al
4:08-cv-00624-BRW   Miiller et al v. Wyeth et al
4:08-cv-00648-BRW   Dent et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-01193-BRW   Polk v. Wyeth et al
4:08-cv-01419-BRW   Johnston v. Wyeth Inc et al
4:08-cv-01421-BRW   Brown v. Wyeth Inc et al
4:08-cv-01423-BRW   Kehm v. Wyeth Inc et al
4:08-cv-01451-BRW   Lieser v. Wyeth et al
```

4:08-cv-01500-BRW   Bell et al v. Wyeth Inc et al
4:08-cv-01547-BRW   Neuendorff v. Wyeth
4:08-cv-01549-BRW   Patrow v. Wyeth et al
4:08-cv-01550-BRW   Seckler v. Wyeth et al
4:08-cv-01679-BRW   Angle v. Wyeth Inc et al

4:08-cv-01680-BRW   Baer v. Wyeth Inc et al
4:08-cv-01681-BRW   Sosovicka v. Wyeth Inc et al
4:08-cv-01767-BRW   Bradberry et al v. Wyeth Inc et al
4:08-cv-01768-BRW   Clark et al v. Wyeth Inc et al
4:08-cv-01769-BRW   Smock et al v. Wyeth Inc et al

4:08-cv-01770-BRW   Dubich v. Wyeth et al
4:08-cv-01771-BRW   Bank et al v. Wyeth Inc et al
4:08-cv-01772-BRW   Kaatz v. Wyeth Inc et al
4:08-cv-01773-BRW   Gillings et al v. Wyeth Inc et al
4:08-cv-01774-BRW   Lenzmeier v. Wyeth Inc et al

4:08-cv-01775-BRW   McCaughey et al v. Wyeth Inc al
4:08-cv-01776-BRW   Murren et al v. Wyeth Inc et al
4:08-cv-01777-BRW   Ancha et al v. Wyeth Inc et al
4:08-cv-01780-BRW   Russ-Stalls v. Wyeth Inc et al
4:08-cv-01782-BRW   Bartlett v. Wyeth Inc et al

4:08-cv-01784-BRW   Cusack et al v. Wyeth Inc et al
4:08-cv-01785-BRW   Kirby et al v. Wyeth Inc et al
4:08-cv-01786-BRW   Newmark v. Wyeth Inc et al
4:08-cv-01787-BRW   Pesock v. Wyeth Inc et al
4:08-cv-01788-BRW   Rick et al v. Wyeth Inc et al

4:08-cv-01789-BRW   Rappold et al v. Wyeth et al
4:08-cv-01794-BRW   Schroeder v. Wyeth Inc et al
4:08-cv-01795-BRW   Poulin et al v. Wyeth Inc et al
4:08-cv-01796-BRW   McClelland et al v. Wyeth Inc et al
4:08-cv-01797-BRW   Uglem v. Wyeth Inc et al

4:08-cv-01799-BRW   Pickles et al v. Wyeth Inc et al
4:08-cv-01800-BRW   Greinert et al v. Wyeth Inc et al
4:08-cv-01801-BRW   Adamson et al v. Wyeth Inc et al
4:08-cv-01804-BRW   Seeley et al vs. Wyeth Inc et al
4:08-cv-01805-BRW   Talarico et al v. Wyeth Inc et al

4:08-cv-01806-BRW   Zitzow et al v. Wyeth Inc et al
4:08-cv-01808-BRW   Jensen et al v. Wyeth Inc et al
4:08-cv-01809-BRW   Wayerski et al v. Wyeth Inc et al
4:08-cv-01810-BRW   Wilmot et al v. Wyeth Inc
4:08-cv-01812-BRW   Vargas et al v. Wyeth Inc et al

| | |
|---|---|
| 4:08-cv-01814-BRW | Eshleman et al v. Wyeth Inc et al |
| 4:08-cv-01849-BRW | Zepher v. Bristol Myers Squibb Company |
| 4:08-cv-01854-BRW | Buch et al v. Wyeth Inc et al |
| 4:08-cv-01869-BRW | Baker v. Wyeth Inc et al |
| 4:08-cv-01872-BRW | Hummel v. Wyeth Inc et al |
| 4:08-cv-01887-BRW | McPherson v. Wyeth Inc et al |
| 4:08-cv-01888-BRW | Evans v. Wyeth Inc et al |
| 4:08-cv-01889-BRW | Kirchhoff v. Wyeth et al |
| 4:08-cv-01893-BRW | Merrick v. Wyeth Inc et al |
| 4:08-cv-01896-BRW | Doyle v. Wyeth et al |
| 4:08-cv-01897-BRW | Miller v. Wyeth Inc et al |
| 4:08-cv-01899-BRW | Mills v. Wyeth Inc et al |
| 4:08-cv-01900-BRW | Barbour v. Wyeth Inc et al |
| 4:08-cv-01902-BRW | Numainville-Chambers v. Wyeth Inc et al |
| 4:08-cv-01905-BRW | Bayer v. Wyeth Inc et al |
| 4:08-cv-01911-BRW | Crawford et al v. Wyeth Inc et al |
| 4:08-cv-02312-BRW | Cowan v. Wyeth et al |
| 4:08-cv-02385-BRW | Broskey v. Wyeth Pharmaceuticals Inc et al |
| 4:08-cv-02401-BRW | Wert et al v. Wyeth Pharmaceuticals Inc et al |
| 4:08-cv-02411-BRW | Humphreys et al v. Wyeth Pharmaceuticals Inc et al |
| 4:08-cv-02412-BRW | Rosenzweig et al v. Wyeth Pharmaceuticals Inc et al |
| 4:08-cv-02430-BRW | Richter v. Wyeth et al |
| 4:08-cv-02443-BRW | Horsfall v. Wyeth et al |
| 4:08-cv-02448-BRW | Skinn v. Wyeth et al |
| 4:08-cv-02454-BRW | Steenbock et al v. Wyeth et al |
| 4:08-cv-02472-BRW | Wilson v. Wyeth Inc et al |
| 4:08-cv-02570-BRW | Coleman et al v. Wyeth et al |
| 4:08-cv-02574-BRW | Keedy et al v. Wyeth et al |
| 4:08-cv-02580-BRW | Rembold v. Wyeth et al |
| 4:08-cv-02584-BRW | DeBrower v. Wyeth et al |
| 4:08-cv-02589-BRW | Davis v. Wyeth et al |
| 4:08-cv-02660-BRW | Brown v. Wyeth Inc et al |
| 4:08-cv-02668-BRW | Edwards et al v. Wyeth et al |
| 4:08-cv-02673-BRW | Beecham v. Wyeth Inc et al |
| 4:08-cv-02675-BRW | Handy v. Wyeth Inc et al |
| 4:08-cv-02676-BRW | Manning v. Wyeth Inc et al |
| 4:08-cv-02677-BRW | Miles et al v. Wyeth Inc et al |
| 4:08-cv-02680-BRW | Hayes v. Wyeth Inc et al |
| 4:08-cv-02687-BRW | Hacke et al v. Wyeth et al |
| 4:08-cv-02690-BRW | Davis v. Wyeth Inc et al |

```
4:08-cv-02692-BRW   Kahl et al v. Wyeth et al
4:08-cv-02698-BRW   Latorra et al v. Wyeth et al
4:08-cv-02699-BRW   Rockstad et al v. Wyeth et al
4:08-cv-02702-BRW   Storm et al v. Wyeth et al
4:08-cv-02703-BRW   Vent et al v. Wyeth et al

4:08-cv-02704-BRW   Gorder et al v. Wyeth et al
4:08-cv-02707-BRW   Savage-Harrington et al v. Wyeth et al
4:08-cv-02740-BRW   Fox v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02742-BRW   Gay et al v. Wyeth et al
4:08-cv-02755-BRW   Dobson v. Wyeth et al

4:08-cv-02759-BRW   Thompson et al v. Wyeth et al
4:08-cv-02767-BRW   Moles v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02791-BRW   Stine v. Wyeth et al
4:08-cv-02792-BRW   Mischke v. Wyeth et al
4:08-cv-02793-BRW   Bierdeman et al v. Wyeth

4:08-cv-02794-BRW   Wulff et al v. Wyeth
4:08-cv-02795-BRW   Olson et al v. Wyeth et al
4:08-cv-02810-BRW   Oliver et al v. Wyeth et al
4:08-cv-03125-BRW   Clark v. Wyeth et al
4:08-cv-03154-BRW   Clough v. Wyeth et al

4:08-cv-03155-BRW   Dehne et al v. Wyeth et al
4:08-cv-03176-BRW   Rinehimer v. Wyeth et al
4:08-cv-03209-BRW   Berendt v. Wyeth et al
4:08-cv-03212-BRW   Lepp v. Wyeth et al
4:08-cv-03227-BRW   Ryan v. Wyeth et al

4:08-cv-03230-BRW   Schulz v. Wyeth et al
4:08-cv-03290-BRW   Serrano v. Wyeth et al
4:08-cv-03368-BRW   Boehnlein v. Wyeth et al
4:08-cv-03378-BRW   Nelson v. Wyeth et al
4:08-cv-03393-BRW   Seidel v. Wyeth et al

4:08-cv-03397-BRW   Docherty v. Wyeth et al
4:08-cv-03399-BRW   Acosta v. Wyeth et al
4:08-cv-03502-BRW   Wimberly v. Wyeth et al
4:08-cv-03531-BRW   Taron et al v. Wyeth et al
4:08-cv-03533-BRW   England et al v. Wyeth et al

4:08-cv-03818-BRW   Jaegers v. Wyeth Inc et al
4:08-cv-03822-BRW   Dennis v. Bristol-Myers Squibb Company et al
4:08-cv-03823-BRW   Dalton v. Wyeth Inc et al
4:08-cv-03828-BRW   Bonomi v. Wyeth Inc et al
4:08-cv-04118-BRW   Donovan et al v. Wyeth et al
```

4:08-cv-04124-BRW   Bell v. Wyeth et al
4:09-cv-00178-BRW   Coziahr v. Wyeth Pharmaceuticals Inc
4:09-cv-00180-BRW   Stroud et al v. Wyeth Inc et al
4:09-cv-00207-BRW   Smith v. Wyeth Pharmaceuticals Inc et al
4:09-cv-00209-BRW   Kopinski v. Wyeth Pharmaceuticals Inc et al

4:09-cv-00258-BRW   Breese v. Wyeth Pharmaceuticals Inc et al
4:09-cv-00260-BRW   Raspa v. Wyeth Inc et al
4:09-cv-00271-BRW   Turner et al v. Wyeth et al
4:09-cv-00690-BRW   Schwartz v Wyeth Inc et al
4:09-cv-00710-BRW   McClary et al v. Wyeth Inc et al

4:09-cv-00711-BRW   Castiglione v. Wyeth Inc et al
4:09-cv-00762-BRW   Rench et al v. Wyeth Inc et al
4:09-cv-00772-BRW   Nelson et al v. Wyeth et al
4:09-cv-00841-BRW   Coon et al v. Wyeth
4:09-cv-00842-BRW   Hendrickson v. Wyeth Inc et al

4:09-cv-00844-BRW   Skurow et al v. Wyeth et al
4:09-cv-00848-BRW   Helmick v. Wyeth Inc
4:10-cv-00413-BRW   Monroe v. Wyeth LLC et al
4:10-cv-00449-BRW   Behning v. Wyeth LLC et al
4:10-cv-00575-BRW   Pierson v. Wyeth LLC et al

4:10-cv-00576-BRW   Miller v. Wyeth LLC et al
4:10-cv-00583-BRW   Way v. Wyeth LLC et al
4:10-cv-00584-BRW   Wyatt v. Wyeth LLC et al
4:10-cv-00585-BRW   Shaw v. Wyeth LLC et al
4:10-cv-00594-BRW   Nichols et al v. Wyeth LLC et al

4:10-cv-00689-BRW   Campbell v. Wyeth LLC
4:10-cv-00690-BRW   Billingsley v. Wyeth LLC
4:10-cv-00691-BRW   Matthews et al v. Wyeth LLC
4:10-cv-00734-BRW   Ostroff v. Wyeth LLC et al
4:10-cv-00735-BRW   Horton v. Wyeth LLC et al

4:10-cv-00736-BRW   Maddox v. Wyeth LLC et al
4:10-cv-00737-BRW   Laws v. Wyeth LLC et al
4:10-cv-00738-BRW   Culver et al v. Wyeth LLC
4:10-cv-00739-BRW   Pruitt v. Wyeth LLC
4:10-cv-00740-BRW   Rodgers et al v. Wyeth LLC et al

4:10-cv-00741-BRW   Rhodes v. Wyeth LLC et al
4:10-cv-00742-BRW   Scott v. Wyeth LLC et al
4:10-cv-00743-BRW   Moore v. Wyeth LLC
4:10-cv-00745-BRW   Ramsey v. Wyeth LLC et al
4:10-cv-00758-BRW   Dula v. Wyeth LLC

```
4:10-cv-00788-BRW   Meyer v. Wyeth LLC et al
4:10-cv-00810-BRW   Gonzalez v. Wyeth LLC et al
4:10-cv-00819-BRW   Eden v. Wyeth LLC et al
4:10-cv-00900-BRW   Downey v. Wyeth LLC et al
4:10-cv-00934-BRW   Weiss v. Wyeth LLC et al

4:10-cv-00936-BRW   Cartwright v. Wyeth LLC et al
4:10-cv-00940-BRW   Tibbs v. Wyeth LLC et al
4:10-cv-00949-BRW   Martinez v. Wyeth LLC et al
4:10-cv-00953-BRW   Rodgers v. Wyeth LLC
4:10-cv-00961-BRW   Bishop v. Wyeth LLC

4:10-cv-01007-BRW   Weaver v. Wyeth LLC et al
4:10-cv-01016-BRW   Powell v. Wyeth LLC et al
4:10-cv-01053-BRW   Teaster v. Wyeth LLC
4:10-cv-01065-BRW   Guillett v. Wyeth LLC et al
4:10-cv-01066-BRW   Sprowles v. Wyeth LLC et al

4:10-cv-01067-BRW   Garza v. Wyeth LLC et al
4:10-cv-01068-BRW   Guzman v. Wyeth LLC et al
4:10-cv-01070-BRW   Fries v. Wyeth LLC et al
4:10-cv-01075-BRW   Goode v. Wyeth LLC et al
4:10-cv-01136-BRW   Strickland v Wyeth LLC

4:10-cv-01209-BRW   Mann v. Wyeth LLC
4:10-cv-01263-BRW   Bohanan v. Wyeth LLC
4:10-cv-01274-BRW   Benton v. Wyeth LLC et al
4:10-cv-01358-BRW   Moreno v. Wyeth LLC
4:10-cv-01359-BRW   Mattson v. Wyeth LLC et al

4:10-cv-01361-BRW   Zeney v. Wyeth LLC et al
4:10-cv-01362-BRW   Vandervoort v. Wyeth LLC et al
4:10-cv-01431-BRW   Booker v. Wyeth Inc et al
4:10-cv-01432-BRW   Hardin v. Wyeth et al
4:10-cv-01433-BRW   Wilson v. Wyeth Inc et al

4:10-cv-01434-BRW   Anderson v. Wyeth Inc et al
4:10-cv-01435-BRW   Jackson v. Wyeth Inc et al
4:10-cv-01436-BRW   Tucker v. Wyeth Inc et al
4:10-cv-01437-BRW   Gary v. Wyeth Inc et al
4:11-cv-00085-BRW   Doolittle v. Wyeth
```